IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE SCALIA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,  Plaintiff,  v.  SCHLESINGER'S, LLC, d/b/a SCHLESINGER'S RESTAURANT & DELICATESSEN,  Defendant. | Civil Action No. 20-cv-1507 |

## MOTION TO APPROVE CONSENT JUDGMENT

Plaintiff, Eugene Scalia, Secretary of Labor, United States Department of Labor ("Plaintiff"), having filed his Complaint in this matter, submits this Motion asking the Court to approve the proposed consent judgment attached as Exhibit A. Defendant has indicated its consent to entry of the Consent Judgment by its signature on the proposed consent judgment.

WHEREFORE, the Secretary respectfully requests that the Court approve the proposed Consent Judgment

Respectfully submitted,

Kate S. O'Scannlain
Solicitor of Labor

Oscar L. Hampton III
Regional Solicitor

/s/ Andrea Luby
By: Andrea Luby
PA ID# 321609
Office of the Solicitor, Region III
Suite 630 East, The Curtis Center
170 South Independence Mall West
Philadelphia, PA 19106-3306

(215) 861-5128 (Phone)
(215) 861-5162 (Fax)
Luby.andrea@dol.gov

U.S. DEPARTMENT OF LABOR

Attorneys for Plaintiff

2

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion was served email this 19th day of March 2019 upon the following parties:

Steven Ludwig, Esq.

Fox Rothschild, LLP

2000 Market Street, 20th Floor

Philadelphia, PA 19103-3222

SLudwig@FoxRothschild.com

Counsel for Schlesinger's, LLC

d/b/a Schlesinger's Restaurant and Delicatessen